

U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7003 0500 0002 5071 9111

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4701*
*Washington, DC 20530*

November 07, 2018

Mr. David K. Tompkins
c/o Michael Y. Kim, Esquire
MKim Legal
4236 W. Lovers Lane
Dallas, TX 75209

Re: EEOC Charge Against Amarillo College
    No. 450201800069

Dear Mr. Tompkins:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Dallas District Office, Dallas, TX.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by  *Karen L. Ferguson*
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Dallas District Office, EEOC
    Amarillo College

U.S. Department of Justice
CIVIL RIGHTS-EMP-LIT

Washington, D.C. 20530
Official Business
Penalty for Private Use $300

7003 0500 0002 5072 9111

RETURN RECEIPT
REQUESTED

US OFFICIAL MAIL
$300 Penalty
For Private Use

$06.670
11/08/2018
Mailed From 20530
US POSTAGE
Hasler

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70030500000250719111

Remove ✕

**Expected Delivery on**

**TUESDAY**
**13** NOVEMBER 2018 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

November 13, 2018 at 1:04 pm
Delivered, Left with Individual
DALLAS, TX 75209

**Tracking History** ⌃

**November 13, 2018, 1:04 pm**
Delivered, Left with Individual
DALLAS, TX 75209
Your item was delivered to an individual at the address at 1:04 pm on November 13, 2018 in DALLAS, TX 75209.

**November 13, 2018, 7:20 am**
Out for Delivery
DALLAS, TX 75209

**November 13, 2018, 7:10 am**

Sorting Complete
DALLAS, TX 75209

**November 13, 2018, 6:28 am**
Arrived at Unit
DALLAS, TX 75220

**November 12, 2018, 6:13 am**
Departed USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

**November 11, 2018**
In Transit to Next Facility

**November 10, 2018, 8:00 pm**
Arrived at USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

**November 8, 2018, 11:04 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**November 8, 2018, 9:56 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Feedback

---

**Product Information**                                    ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfi**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.