**Amarillo College**

**Personal and Confidential**

David Tompkins
6402 Cheshire Drive
Amarillo, Texas 7919

11/21/16

Hand Delivered

Dear David,

Thank you for your patience and cooperation as Amarillo College has worked to conduct a thorough, neutral, fact-finding investigation into the allegations of: (1) sexual Harassment – Section 3, (2) use of intoxicants or drugs while on duty, or under the influence of intoxicants or drugs while on duty, (3) unauthorized absence from duty without satisfactory explanation and prior approval of supervisor, and (4) the information reported to David Tompkins's supervisors was not reported in a timely manner to Amarillo College's Title IX Coordinators. The allegations involving Irma O'Donnell, occurred between 4/10/2016 – 4/13/2016.  The allegation involving Michelle Lamons and Jacquie Jones occurred on 5/32016.

This letter serves to inform you that the investigation into the allegation is now complete. As previously stated in a meeting with Kay and Janet, the abundance of documentation you initially provided created delay in the completion of the investigation and will not be ignored and addressed as a separate concern. The reason for a separate investigation is after researching your documents it was determined by Kay Taylor and Janet Barton the documents did not pertain to the Title IX allegations. You were informed of this delay and agreed to the decision made.

Based on the evidence presented throughout the investigation, Kay Taylor and Janet Barton have rendered the following decisions with regard to the alleged violations.  It was determined through preponderance of evidence Irma O'Donnell:

I. Was in violation of the Amarillo College Code of Conduct Policies Sexual Harassment, Section 3 - Such conduct has the purpose or effect of substantially interfering with an individual's academic or professional performance or creating an intimidating, hostile, or offensive employment or educational environment.

II. Was not in violation of use of intoxicants or drugs while on duty, or under the influence of intoxicants or drugs while on duty. Through preponderance of evidence it was determined Irma O'Donnell was intoxicated from the

        consumption of Long Island Ice Teas, but this occurred outside of the conference returning home from the COABE Conference.

III. Was not in violation of unauthorized absence from duty without satisfactory explanation and prior approval of supervisor. Through preponderance of evidence it was determined Irma O'Donnell attended sessions throughout the conference.

IV. During the interviews, it was determined through preponderance of evidence Michelle Lamons and Jacqui Jones were negligent in how they handled the information reported by David Tompkins concerning the events involving Irma O'Donnell, David Tompkins, Grant Reyher, and Jason Tingle. The negligence has affected professional working relationships within the department and created an offensive employment environment for David Tompkins.

In response to your concerns that took place on 9-6-16, we have come to the following resolution: Your employment assignment will be moved to the East Campus, reporting to Janice Johnston, and working with Vivian Marshall. Your teaching assignment and salary will still be under the AEL Grant 100%. Your salary and 11 month assignment will remain the same. Your new assignment will be teaching Technical Writing for core courses, English and Math in the learning center. You agreed to this decision on 11/11/16 in a meeting with Kay Taylor, Janet Barton, Dr. Vess and Dr. Clunis.

[handwritten margin note: technical writing & machine shopmath. SD 11-21-16]

As a reminder, you remain under the no contact order pertaining to the Title IX case. You were also informed that in order to protect the privacy of all parties involved, you may not discuss the details of this case with anyone, including your spouse.

There is zero tolerance to violating the no contact order and discussing the details with anyone. Violation will result in immediate termination.

Sincerely,

_Not available for Meeting_ SD      11-21-16
Dr. Deborah Vess      Date
Vice President of Academic Affairs

_[signature]_      11-21-16
Dr. Tamara Clunis      Date
Dean of Academic Success

Presented to David Tompkins on 11/21/2016

_[signature]_      11-21-16
David Tompkins      Date